UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACK THOMAS LAMERE, SR.,<br><br>Defendant. | NO: 2:15-CR-0115-TOR<br><br>ORDER DISMISSING INDICTMENT WITH PREJUDICE |

Before the Court is the government's Motion to Dismiss Indictment With Prejudice (ECF No. 24). The Court has reviewed the motion and the file therein and is fully informed. The Government seeks to dismiss the indictment in this matter pursuant to Fed. R. Crim. P. 48(a).  For good cause shown, the Court grants the motion, but makes no judgment as to the merit or wisdom of this dismissal.

Accordingly, IT IS HEREBY ORDERED:

1. The government's Motion to Dismiss Indictment With Prejudice (ECF No. 24) is **GRANTED**.

ORDER DISMISSING INDICTMENT WITH PREJUDICE ~ 1

2. All pending motions are **DENIED as moot** and all pending hearing and trial dates are stricken from the Court's calendar.

3. The District Court Executive is hereby directed to enter this Order and provide copies to counsel, the U.S. Probation Office, and the U.S. Marshal's Service.

**DATED** July 18, 2016.



THOMAS O. RICE
Chief United States District Judge

ORDER DISMISSING INDICTMENT WITH PREJUDICE ~ 2